JIMMY STANLEY and
NITA STANLEY, individually
and on behalf of their minor child,
JOSHUA STANLEY

NUMBER: 99-2578

2:00cv721

VERSUS

14TH JUDICIAL DISTRICT COURT

U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA FILED JUL 28 2000 ROBERT H. SHEMWELL, CLERK BY DEPUTY

CONOCO, INC., VISTA CHEMICAL COMPANY, ALLWASTE ENVIRONMENTAL SERVICES OF LOUISIANA, INC., PROFESSIONAL INDUSTRIAL MAINTENANCE, a Limited Liability Company, R. W. EQUIPMENT COMPANY, INC., and I.E. DUPONT de NEMOURS

PARISH OF CALCASIEU

STATE OF LOUISIANA

PARTY # 21

FILED: 6-17-99

DEPUTY CLERK OF COURT

## SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiffs, **JIMMY STANLEY , et al,** who desires to amend his original Petition for Damages as follows, and through undersigned counsel, appear those persons wishing to be made additional plaintiffs, who are of the lawful age of majority and file this petition. These newly added plaintiffs wish to be referred to as "petitioners" along with the plaintiffs filed in the original petition and be consolidated together under this one caption to include:

a. **DERWIN MICHAEL ARENO,** a resident of Calcasieu Parish;

b. **HERMAN FUSCILIER,** a resident of Calcasieu Parish,

c. **MELVIN JONES,** a resident of Calcasieu Parish;

d. **TERRY LANDRY,** a resident of Calcasieu Parish;

e. **MATTHEW MITCHELL,** a resident of Calcasieu Parish;

f. **GREGORY OLIVER,** a resident of Calcasieu Parish;

g. **STEVE PIERSON,** a resident of Calcasieu Parish;

h. **JOHN SAVOY**, a resident of Calcasieu Parish;

i. **MICHAEL SENEGAL,** a resident of Calcasieu Parish;

j. **VERA THOMAS,** a resident of Calcasieu Parish;

13

I.

By amending the caption of plaintiffs' original Petition for Damages to read as follows:

**JIMMY STANLEY and NITA STANLEY, individually and on behalf of their minor child, JOSHUA STANLEY; KEVIN SCHULDES; RICHARD ROBERT ROYER and ELENA ROYER, individually and on behalf of their minor children TYLER ROYER and JACEY ROYER; WALTER E. WITHERS and CHANDA V. WITHERS, individually and on behalf of their minor children MALCOLM JANUARY and AMBRA JENKINS; WILLIAM A. BUTLER and JAYDE BUTLER, individually and on behalf of their minor children CODY BUTLER AND KAVIK BUTLER; CHRISOPHER PAPILLION; BILLY SILAS and WENONA SILAS, individually and on behalf of their minor Children TIKIERIA SILAS, SHAR'DERIYO SILAS and ZHADERIA SILAS; MICHAEL CORMIER SR. and FRANCIS CORMIER, individually and on behalf of their minor children MARGO CHATMAN, EBONIE CHATMAN, MARICO CHATMAN, AND MICHAEL CORMIER JR.; FREDDIE L. LEWIS and CLAUDIA LEWIS, individually and on behalf of their minor children FREDRIEKA L. LEWIS, JOSHUA C. ESPREE, and SOLOMON L. LEWIS;: HENRY HOLLINS, III and VANESSA HOLLINS individually and on behalf of their minor children HENRY HOLLINS,: IV and ZAMIRA HOLLINS; ROBERT BROUSSARD; THOMAS EDWARD WILRIGHT; LAWRENCE LYONS; SOLOMON DENSON and LAURA DENSON, individually and on behalf of their minor children SOLOMON DENSON and DURAND MINOR; FREDDIE HARRISON, individually, and on behalf of his minor child FREDDIE L. HARRISON, III; BUDDY LEJUNE ; OSTEN COLLINS and DORIS COLLINS; CRAIG M. EVANS and SHERRIE EVANS individually, and on**

**NUMBER: 99-2578**

behalf of their minor children
SAVANAH EVANS, SHANEYA :
BIAS, and SHAYLA BIAS;
DAVID ARVIE and WANDA KAY
ARVIE individually, and on behalf :
of their minor children MICAH
ARVIE, DAVID ARVIE :
SUMMER ARVIE and MIRIAH ARVIE;
ROBERT E. FREEMAN and :
KATHERINE FREEMAN;
DARRELL GOODLY, individually :
and on behalf of his minor child
DARREN AUZENNE; :
HORACE CELESTIE and GLORIA
CELESTIE, individually and on :
behalf of their minor children
DARYL CELESTIE and JASMINE :
CARROLL;
RICHARD JONES individually, :
and on behalf of his minor child
ASHLEY DAWN VINCENT; :
MARK WELKE and BETTY WELKE;
AL DUHON and SUE DUHON, :
individually and on behalf of their
minor children DENNIS LEE DUHON :
CRYSTAL MARIE DUHON;
RICHARD STINSON and DIANNE KAY :
STINSON, individually and on behalf
of their minor child NICOLE RENEE' :
LANDRY;
RAYMOND HEAPE, individually and :
on behalf of his minor child
JENNIFER LYNN HEAPE; :
BILLY R. KINGREY, II and CHRYSTAL
KINGREY, individually and on behalf
of their minor child MITCHELL :
KINGREY;
THOMAS MEYERS and DORIE :
MEYERS, individually and on behalf
of their minor children ROBERT
MELTON and TAYLOR MEYERS; :
LATIN DECLOUET;
GREGORY KENT VINCENT and :
RUTH ANN VINCENT, individually
and on behalf of their minor children
SANDRA SMITH and PATSY RUTH :
VINCENT;
MICHAEL J. KEYS and KAY KEYS, :
individually and on behalf of their
minor children COREY KEYS and :
CAREY KEYS;
FRANK DUHON and BERTHA MAE :
DUHON, individually and on behalf
of their minor child TREVOR DUHON; :
LUTHER KELLER;
JOE VIDRINE and SANDRA VIDRINE, :
individually and on behalf of their
minor children ERIC VIDRINE and :
BRENT VIDRINE;
DEVAUGHN JAMES, individually :
and on behalf of his minor children
LATASHA JAMES and JEREMY :

VAUGHN JAMES;
LESLIE MCCLENDON and BETTY :
MCCLENDON, individually and
on behalf of their minor child :
CARRIE FAY MCCLENDON;
EDDIE MAE READO, individually :
and on behalf of her minor children
COURTNEY RENEE READO and :
KAYLA MARIE READO;
RODNEY YOUNG and ABBY :
GAIL YOUNG, individually and on
behalf of their minor children :
WENDY YOUNG, and WANDA
YOUNG; MICHAEL NARCISSE, :
SR. and HELEN NARCISSE,
individually and on behalf of their :
minor child OLAN NARCISSE;
DALE WEST, individually and on :
behalf of his minor children,
KRISTEN WEST, COLBY WEST, :
and KACI WEST;
MICHAEL A. BRISCOE; :
KAMMIE ALLISON and VAN M.
HESTER individually, and on
behalf of their minor children :
CALVIN ALLISON AND VAN N.
HESTER, Jr.; SILVIN R. SOILEAU,
JR. and MARY SOILEAU; :
LEROY HUNTER and LUCY MAE
HUNTER; JOHN ZOBLISIEN and
LOUISA ZOBLISIEN; :
GREG LANE GUIDRY;
WILFRED RAY SIAS, individually
and on behalf of his minor child :
DESERAE SIAS;
GEORGE D. GREEN and :
CHARLOTTE GREEN, individually,
and on behalf of their minor child
TA'SHEA SHANEE GRIFFEN; :
JOHN FONTELLA ROSAMORE,
individually and on behalf of his :
minor children BRANDON JOSEPH,
BRITTANY JOSEPH, BRIANA :
JOSEPH, DOUN ROSAMORE,
MARIAH MOUTON, and SADA
WHITE; LAVERN MCDANIEL and :
NOLA TRACY MCDANIEL;
FERRIS GUIDRY, individually and :
on behalf of his minor child
ASHLEY GUIDRY; :
KENNETH VALENTINE and
CHARITY VALENTINE, individually
and on behalf of their minor :
children TASHA VALENTINE, and
KENNETH VALINTINE, JR.; :
DERRICK L. CLARK;
CHAD ANCELET and MELISSA :
ANCELET, individually and on
behalf of their minor children :
JESSICA ANCELET and CHANCE
ANCELET; ALROY LEWIS
VICTORIAN; JASON MARK :

TALLMAN and ANGELA HOPE
TALLMAN, individually and on :
behalf of their minor children
KALEB M. TALLMAN :
and KIRKLAND M. TALLMAN;
DOUGLAS RANKINS and :
REGINA RANKINS, individually
and on behalf of their minor :
children DOUGLAS RANKINS,
JR. AUSTIN S. RANKINS and :
ASIA RANKINS;
JOHNNY CRAWFORD :
individually and on behalf of
his minor child HEATHER RINGO :
RANDY B. MINGO and CARLA
MINGO, individually and on :
behalf of their minor children
CHANELL MINGO, TREMAINE :
MINGO, and RANETTA MINGO;
CLARENCE PALMER, JR., :
individually and on behalf of his
minor children CLARENCE :
PALMER, III, LATASHA A.
FREEMAN and CLARENCE E. :
FREEMAN; ALFRED JAMES
DANIELS and SANDRA DANIELS, :
individually and on behalf of
their minor children TIFFANY JOY :
DANIELS, ALFRED JAMES
DANIELS and JEFFERY J. :
FRANCIS; DANIEL TODD and
KAYLA TODD, individually and :
on behalf of their minor children
KATELYN TODD and RYAN TODD;
DAVID J. ALLEN and DAWN ALLEN, :
individually and on behalf of their
minor children SHAWNA ALLEN, :
BRITTANY ALLEN, and SANTANA
ALLEN; BYRON S. LANDRY, :
individually and on behalf of his
minor children BROOKE LANDRY, :
LAUREN LANDRY and BETHANY
LANDRY;
EDDIE BATCHAN and DEBRA
BATCHAN; ROBERT MAYE; :
CHARLES GUILLORY individually,
and on behalf of his minor child :
CHARLES J. GUILLORY, JR.;
GARY STEINMAN and DEBORAH :
STEINMAN;
WILTON VALMONT and AMANDA B. :
VALMONT, individually and on behalf
of their minor children JUSTIN :
VALMONT and COURTNEY BROWN;
TIM CORMIER and LAUREN :
CHRISTEN CORMIER;
NICOLAS MALVEAUX and :
SONJA MALVEAUX, individually and
on behalf of their minor children :
LAMARC WASHINGTON and KENADI
MALVEAUX; :
LAWRENCE HARMON and PAMELA

HARMON;
RONALD P. CARRIER and ALBERTA:
M. CARRIER, individually and on
behalf of their minor children :
MACKENZIE P. CARRIER, CHASSITY
ANN WILLIAMS, and VENUS M. :
WILLIAMS; DERWIN MICHAEL ARENO AND
DINA RION ARENO, individually and
On behalf of their minor children,
DENEEL MICHELLE ARENO AND
DANIEL RION ARENO; HERMAN FUSCILIER,
MELVIN JONES AND VICKIE JONES,
Individually and on behalf of their
Minor chidren, KALLIE JONES AND
MELVIN JONES, JR.; TERRY LANDRY,
AND STEPHANIE LANDRY,
Individually and on behalf of their
Minor children, BRADY LANDRY,
ASHLEY LANDRY; MATTHEW MITCHELL,
AND MONICA MITCHELL, individually
And on behalf of their minor children,
MATTHEW MITCHELL, III AND
CHASTDIE BERNARD;
GREGORY OLIVER,
Individually and on behalf of his
Minor children, ROGER TATMAN AND
MARIE TATMAN
STEVE PIERSON, individually, and on
behalf of their minor children :
KADE STEWART PIERSON
JOHN SAVOY, individually and on
Behalf of his minor child, JOHN
SAVOY, JR.; MICHAEL SENEGAL,
and TANYA SENEGAL,
individually, and on
behalf of their minor children :
QUINNIETTA SENEGAL, KENA
SENEGAL and SARENA SENEGAL;
AND VERA THOMAS

VERSUS : 14TH JUDICIAL DISTRICT COURT

CONOCO, INC., VISTA CHEMICAL
COMPANY, ALLWASTE :
ENVIRONMENTAL SERVICES OF
LOUISIANA, INC., PROFESSIONAL
INDUSTRIAL MAINTENANCE, a : PARISH OF CALCASIEU
Limited Liability Company
R. W. EQUIPMENT COMPANY, INC.,
and I.E. DUPONT de NEMOURS : STATE OF LOUISIANA

*****************************************************************************************

II.

Plaintiffs amend the original Petition and First Supplemental And Amending Petition to add the following to paragraph 10 a.:

"10 a.

The following persons worked on the EDC cleanup and were direct employees of **INDUSTRIAL MAINTENANCE CORPORATION ("IMC")** and suffered the injuries:

a. **DERWIN MICHAEL ARENO,** worked on or about May, 1994 through December, 1994. He sustained injuries including but not limited to sinus problems, headaches, and high blood pressure;

b. **HERMAN FUSCILIER,** worked on or about 1994- 1995. He sustained injuries including but not limited to sinus problems, headaches, irritated eyes, memory loss, nausea, insomnia, heartburn, fatigue, diarrhea, dizziness, and skin rashes;

c. **MELVIN JONES,** worked on or about 1994-1996. He sustained injuries including but not limited to skin rashes, sinus problems, memory loss, eye problems and insomnia;

d. **TERRY LANDRY,** worked on or about 1994-1996. He sustained injuries including but not limited to sore throat, heartburn, shaking, blood in stool, and diarrhea;

e. **MATTHEW MITCHELL,** worked on or about 1994-1996. He sustained injuries including but not limited to sinus problems, headaches, Irritated eyes, memory loss, insomnia, heartburn, fatigue, dizziness, nervousness, shortness of breath, personality change,

f. **GREGORY OLIVER,** worked on or about 1994-1996. He sustained injuries including but not limited to memory loss, headaches, burning eyes, ear problems, sinus problems, blood in stools, shortness of breath

g. **STEVE PIERSON,** worked on or about 1994- 1996. He sustained injuries including but not limited to sinus problems, headaches, irritated eyes, bladder problems, memory loss, insomnia, heartburn, fatigue, skin rashes and shortness of breath;

h. **JOHN SAVOY**, worked on or about 1994 –1996. He sustained injuries including but not limited to sinus problems, headaches, irritated eyes, insomnia, heartburn, and skin rashes;

i. **MICHAEL SENEGAL,** he worked on or about November, 1994 through May, 1995. He sustained injuries including but not limited to sinus problems, memory loss, shaking/twitching and nervousness.

j. **VERA THOMAS,** worked on or about 1994- 1996. She sustained injuries including but not limited to sinus problems, headaches, irritated eyes and skin rashes.

III.

Plaintiffs amend the original Petition to add the following paragraph to precede Paragraph 19 and succeed paragraph 18 to read as follows:

"18a.

In addition, petitioners' spouses appear herein to make a claim for their loss of consortium, services, and society. Due to actions and inaction of defendants and

due to defendants' liability, all allegations thereof are hereby reiterated, the following spouses and children of petitioners have suffered loss of consortium, services and society due to the injuries to their spouse:

a. **DINA RION ARENO**, wife of Derwin Michael Areno; **DENEEL MICHELLE ARENO DANIEL RION ARENO**, children of Derwin Michael Areno;

b. **VICKIE JONES**, wife of Melvin Jones, **KALLIE JONES AND MELVIN JONES, JR.**, children of Melvin Jones.

c. **STEPHANIE LANDRY**, wife of Terry Landry, **BRADY LANDRY, AND ASHLEY LANDRY**, children of Terry Landry;

d. **MONICA MITCHELL,** wife of Matthew Mitchell; **MATTHEW MITCHELL, III AND CHASTDIE BERNARD**; children of Matthew Mitchell;

e. **ROGER TATMAN AND MARIE TATMAN,** children of Gregory Oliver;

f. **KADE STEWART PIERSON,** child of Steve Pierson;

g. **JOHN SAVOY, JR.**, minor child of John Savoy

h. **TANYA SENEGAL**, wife of Michael Senegal; **QUINNIETTA SENEGAL, KENA SENEGAL and SARENA SENEGAL**

IV.

Petitioners amend the original Petition for Damages to add the aforementioned plaintiffs, along with **JIMMY STANLEY, ET AL**, to each and every paragraph wherein the original plaintiff is named, excluding paragraph 10 and 18.

VI.

Petitioners renew and reiterate all of the allegations as if copied in extenso, as amended above and all of the prayers, of the original petition.

**WHEREFORE**, considering the foregoing, the petitioners, pray that the defendants, **CONOCO, INC., CONDEA VISTA COMPANY,** (formerly known as Vista Chemical Company) **ALLWASTE ENVIRONMENTAL SERVICES OF LOUISIANA, INC., PROFESSIONAL INDUSTRIAL MAINTENANCE, a Limited Liability Company, R. W. EQUIPMENT COMPANY, INC., and I. E. DUPONT de NEMOURS AND COMPANY** each be cited to appear and answer herein as the law directs and that judgment be rendered in favor of the petitioners and against each defendant, jointly, severally and in solido, for all damages as alleged in an amount which the evidence may show proper at the time of trial and medical monitoring, together with

all costs of these proceedings as well as legal interest from the date of judicial demand until paid and for such relief, special and general as the law and equity may permit;

**PLAINTIFFS FURTHER SPECIFICALLY PRAY** for exemplary damages against each and every defendant under Louisiana Civil Code Article 2315.3 in an amount deemed appropriate as to each defendant.

**PLAINTIFFS FURTHER PRAY** that this matter be tried by jury.

**PLAINTIFFS PRAYS FURTHER** for leave of court to file this amended petition and for all of the relief originally sought in the Petition for Damages.

Respectfully Submitted:

**McKERNAN LAW FIRM**

Joseph J. McKernan, Bar Roll 10027
Gordon J. McKernan, Bar Roll 21768
Scott E. Brady, Bar Roll 24976
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

and

**McKERNAN LAW FIRM**

Jules R. Cattie, III, Bar Roll 24049
803 Bayou Pines West, Suite F
Lake Charles, Louisiana 70601
Telephone: (318) 433-3020
Facsimile: (318) 433-3911

**PLEASE SERVE:**

**CONOCO, INC.**
through their attorney of record
G. Andrew Veazey
P.O. Box 91350.
Lafayette, Louisiana 70509

**CONDEA VISTA COMPANY (formerly VISTA CHEMICAL COMPANY)**
through their attorney of record
Erich P. Rapp.
One American Place , 22nd Floor
Baton Rouge, Louisiana 70821

**ALLWASTE ENVIRONMENTAL SERVICES OF LOUISIANA, INC.,**
through their attorney of record
James M. Taylor
1515 Poydras, Suite 1900
New Orleans, Louisiana 70112

**PROFESSIONAL INDUSTRIAL MAINTENANCE**
Through their attorney of record
A. J. Gray, III
One Lakeshore Drive, Suite 900
Lake Charles, Louisiana 70601

**R. W. EQUIPMENT COMPANY, INC.**
through their attorney of record
R. William Collings
3434 Common Street
Lake Charles, Louisiana 70605

**I.E. DUPONT de NEMOURS**
G. Andrew Veazey
P.O. Box 91350.
Lafayette, Louisiana 70509

| | |
|---|---|
| **JIMMY STANLEY; and NITA STANLEY JIMMY S. individually and on behalf of their minor child, JOSHUA STANLEY;** | **NUMBER: 99-2578** |
| | 2:00cv721 |
| **VERSUS** | **14TH JUDICIAL DISTRICT COURT** |
| | U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA FILED JUL 28 2000 ROBERT H. SHEMWELL, CLERK BY DEPUTY |
| **CONOCO, INC., VISTA CHEMICAL COMPANY, ALLWASTE ENVIRONMENTAL SERVICES OF LOUISIANA, INC., PROFESSIONAL INDUSTRIAL MAINTENANCE, a Limited Liability Company R. W. EQUIPMENT COMPANY, INC., and I.E. DUPONT de NEMOURS** | **PARISH OF CALCASIEU** PARTY # P1 |
| | **STATE OF LOUISIANA** |

## MOTION FOR LEAVE OF COURT TO FILE SECOND SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, **JIMMY STANLEY, et al,** who desires to amend his original Petition for Damages.

1.

Plaintiff desires to amend his original Petition to add additional plaintiffs who have suffered injuries resulting from the same incident as Plaintiff.

WHEREFORE, plaintiff prays that this Honorable Court grant leave and allow plaintiff to file his Second Supplemental and Amending Petition herein.

Respectfully Submitted:

**McKERNAN LAW FIRM**

Joseph J. McKernan, Bar Roll 10027
Gordon J. McKernan, Bar Roll 21768
Scott E. Brady, Bar Roll 24976
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202

and

**McKERNAN LAW FIRM**

Jules R. Cattie, III, Bar Roll 24049
803 Bayou Pines West, Suite F
Lake Charles, Louisiana 70601
Telephone: (318) 433-3020
Facsimile: (318) 433-3911

FILED 6-17-99
Joan Vidrine
Deputy Clerk of Court
Calcasieu Parish, Louisiana

| | | |
|---|---|---|
| **JIMMY STANLEY and NITA STANLEY, individually and on behalf of their minor child, JOSHUA STANLEY** | : | **NUMBER: 99-2578** |
| | : | 2:00cv 721 |
| **VERSUS** | : | **14TH JUDICIAL DISTRICT COURT** |
| | | U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA FILED JUL 28 2000 ROBERT H. SHEMWELL, CLERK BY |
| **CONOCO, INC., VISTA CHEMICAL COMPANY, ALLWASTE ENVIRONMENTAL SERVICES OF LOUISIANA, INC., PROFESSIONAL INDUSTRIAL MAINTENANCE, a Limited Liability Company** | : | **PARISH OF CALCASIEU** |
| **R. W. EQUIPMENT COMPANY, INC., and I.E. DUPONT de NEMOURS** | : | **STATE OF LOUISIANA** |

PARTY # P1

**ORDER**

**IT IS HEREBY ORDERED** that Plaintiff be granted leave of court of file this Second Supplemental and Amended Petition herein.

**THUS DONE AND SIGNED** at Lake Charles, Louisiana on this 21st day of June, 1999.

JUDGE, 14th Judicial District Court

FILED 6-17-99
Deputy Clerk of Court
Calcasieu Parish, Louisiana