ck# 4936 McKernan 22430

JIMMY STANLEY, ET AL 2:00 cv 721 NUMBER: 99-2578 3-23

VERSUS 14TH JUDICIAL DISTRICT COURT (S)

U.S. DISTRICT COURT WESTERN DISTRICT OF LOUISIANA FILED JUL 28 2000 ROBERT H. SHEMWELL, CLERK BY DEPUTY

CONOCO, INC., ET AL PARISH OF CALCASIEU STATE OF LOUISIANA

FILED: 3-20-00 DEPUTY CLERK OF COURT

****************************************************************************

**SEVENTH SUPPLEMENTAL AND AMENDING PETITION FOR DAMAGES**

PARTY # Plth

**NOW INTO COURT**, through undersigned counsel, come Plaintiffs, **JIMMY STANLEY, ET AL,** who desire to amend the original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Petitions for Damages as follows, and through undersigned counsel, appear the following individuals who wish to be made additional plaintiffs herein, and who are of the lawful age of majority. These newly added plaintiffs wish to be referred to as "petitioners" along with the plaintiffs filing the original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Petitions for Damages and to be joined together under this one caption to include:

A. **WENDELL PATRICK RINGO,** and spouse, **DEBORAH A. RINGO,** persons of the full age of majority and residents of Calcasieu Parish, Louisiana, and on behalf of their minor child, **TAKISHA N. KNIGHT.**

I.

Plaintiffs amend the original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Petitions for Damages to add the following paragraph to precede Paragraph 11 and succeed Paragraph 10 to read as follows:

"10a.

On or about the respective dates, the following plaintiff while in the course and scope of his employment with **INDUSTRIAL MAINTENANCE CORPORATION (I.M.C.),** was assisting and/or working in or around the massive EDC cleanup operation being conducted by defendants, **CONOCO, VISTA, PSC, P.I.M., R .W., and DUPONT** on property owned by defendant, **CONOCO**. The property was located at the **CONOCO** dock facility in Calcasieu Parish, Louisiana:

A. **WENDELL PATRICK RINGO,** worked at the spill site between 1995 and 1996 and sustained injuries including but not limited to sinus, headaches, memory loss, nausea, liver problems, sore throat, heartburn, blood in stool and indigestion.

(18)

Plaintiffs, **JIMMY STANLEY, ET AL,** bring this action within one (1) year of the date of discovery that their symptoms are a result of their exposure to the chemical Ethylene Dichloride at the Conoco facility in Calcasieu Parish, Louisiana.

II.

In addition, petitioners' spouses and/or minor children appear herein to make a claim for their loss of consortium, services, and society. Due to actions and inaction of defendants and due to defendants' liability, all allegations thereof are hereby reiterated. The spouses and/or minor children of petitioners, wherever listed, have suffered loss of consortium, services and society due to the injuries to the petitioners. Upon information and belief, the plaintiffs herein, are the natural parents and/or legal tutors of the minor children listed, wherever listed, and are the proper parties to bring suit on their behalf pursuant to La.Code Civ. P. art. 683.

III.

Petitioners amend the original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Petitions for Damages to add the aforementioned plaintiffs, along with **JIMMY STANLEY, ET AL**, to each and every paragraph wherein the original plaintiffs are named.

IV.

Petitioners renew and reiterate all of the allegations, as amended above and all of the prayers, of the original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Petitions for Damages and all Supplemental and Amending Petitions.

**WHEREFORE**, considering the foregoing, the petitioners, pray that the defendants, **CONOCO, INC., CONDEA VISTA COMPANY,** (formerly known as Vista Chemical Company **PHILIP SERVICES CORPORATION,** (formerly known as Allwaste Environmental Services of Louisiana, Inc.,), **PROFESSIONAL INDUSTRIAL MAINTENANCE, a Limited Liability Company, R. W. EQUIPMENT COMPANY, INC., and E.I. DUPONT de NEMOURS AND COMPANY** each be cited to appear and answer herein as the law directs and that judgment be rendered in favor of the petitioners and against each defendant, jointly, severally and in solido, for all damages as alleged in an amount which the evidence may show proper at the time of trial and medical monitoring,

together with all costs of these proceedings as well as legal interest from the date of judicial demand until paid and for such relief, special and general as the law and equity may permit;

**PLAINTIFFS FURTHER SPECIFICALLY PRAY** for exemplary damages against each and every defendant under Louisiana Civil Code Article 2315.3 in an amount deemed appropriate as to each defendant.

**PLAINTIFFS FURTHER PRAY** that this matter be tried by jury.

**PLAINTIFFS PRAY FURTHER** for leave of court to file this Seventh Supplemental and Amending Petition for Damages and for all of the relief originally sought in the original, First, Second, Third, Fourth, Fifth and Sixth Supplemental and Amending Petitions for Damages and all Supplemental and Amending Petitions.

Respectfully Submitted:

**McKERNAN LAW FIRM**
Joseph J. McKernan, Bar Roll 10027
Gordon J. McKernan, Bar Roll 21768
Scott E. Brady, Bar Roll 24976
8710 Jefferson Highway
Baton Rouge, Louisiana 70809
Telephone: (225) 926-1234
Facsimile: (225) 926-1202
and

M. Dianne Tynes-Tucker

Jules R. Cattie, III, Bar Roll 24049
M. Dianne Tynes-Tucker Bar Roll 24238
700 Pujo Street, Suite B
Lake Charles, Louisiana 70601
Telephone: (337) 439-4612
Facsimile: (337) 433-8609

**PLEASE SERVE:**

**CONOCO, INC.**
through their attorney of record
John A. Jeansonne, Jr.
200 West Congress Suite, 1100
Lafayette, Louisiana 70509

**CONDEA VISTA COMPANY (formerly VISTA CHEMICAL COMPANY)**
through their attorney of record
Erich P. Rapp
One American Place, 22nd Floor
Baton Rouge, Louisiana 70821

**PHILIP SERVICES CORPORATION (formerly ALLWASTE ENVIRONMENTAL SERVICES OF LOUISIANA, INC.**
through their attorney of record
James M. Taylor
1515 Poydras, Suite 1900
New Orleans, Louisiana 70112

**PROFESSIONAL INDUSTRIAL MAINTENANCE**
Through their attorney of record
A. J. Gray, III
One Lakeshore Drive, Suite 900
Lake Charles, Louisiana 70601

**R. W. EQUIPMENT COMPANY, INC.**
through their attorney of record
R. William Collings
3434 Common Street
Lake Charles, Louisiana 70605

**E.I. DUPONT de NEMOURS**
John A. Jeansonne, Jr.
200 West Congress, Suite 1100
Lafayette, Louisiana 70509